**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED
FEB - 7 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| NATIN PAUL, et. al., <br> Plaintiffs, <br><br> v. <br><br> RABIN SABBAN, et. al., <br> Defendants. | No. 1:21-cv-00954-LY |

**Order**

Before the Court is Defendant Sabban's unopposed Motion for Extension of Time to Respond to the Complaint, filed February 4, 2022. The Court finds the motion has merit, good cause exists for the extension of time, and the motion should be granted. Accordingly, **IT IS HEREBY ORDERED** that the Motion for Extension is **GRANTED**. Defendant Sabban shall have until 60 days after service of process on Defendant Joy to respond to the Complaint.

It is so **ORDERED**.

Signed this 7th day of February, 2022.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE