IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NATIN PAUL, WORLD CLASS HOLDING COMPANY, LLC; and WORLD CLASS HOLDINGS MANAGEMENT, LLC, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-00954-LY |
| RANI A. SABBAN, Investigator, Texas State Securities Board, in his individual Capacity; PRESTON JOY, Special Agent, Federal Bureau of Investigation, in his individual capacity; DOES 1-40, Special Agents, Federal Bureau of Investigation, in their individual capacities; and DOES 41-100, Law Enforcement Officers, in their individual capacities, | § § § § § § § § § | |
| Defendants. | § § | |

**DEFENDANT RANI SABBAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Rani Sabban files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Original Complaint.

As explained in the previous Unopposed Motion for Extension of Time to File Answer (Doc. #11) filed by the Department of Justice, the DOJ needed additional time to complete the representation process for Sabban. To allow for that time, this Court granted that unopposed motion and extended Sabban's answer deadline until "60 days after service of process on Defendant Joy." (Doc. #13).

1

Pursuant to that order, Sabban's current answer deadline is April 5, 2022.  The DOJ completed its representation process this week, and the undersigned counsel were retained to represent Sabban on March 30, 2022.

Sabban respectfully requests the Court extend his deadline to answer or otherwise respond to Plaintiffs' Original Complaint by 30 days to May 5, 2022.  Plaintiffs are not opposed to the relief sought.  This extension is not sought for purpose of delay but so that justice may be done.

Respectfully submitted,

**LAW OFFICES OF RANDY T. LEAVITT**

By:  */s/ Randy Leavitt*
    Randy T. Leavitt
    State Bar No. 12098300
    randy@randyleavitt.com
    1301 Rio Grande
    Austin, Texas  78701
    Tel:  (512) 476-4475
    Fax:  (512) 542-3372

**BUTLER SNOW LLP**

By:  */s/ Karson Thompson*
    Karson Thompson
    State Bar No. 24083966
    karson.thompson@butlersnow.com
    1400 Lavaca Street, Suite 1000
    Austin, Texas 78701
    Tel:  (737) 802-1800
    Fax:  (737) 802-1801

ATTORNEYS FOR DEFENDANT
RANI SABBAN

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with counsel for Plaintiffs and Plaintiffs are not opposed to the relief sought in this motion.

*/s/ Randy Leavitt*
Randy Leavitt


## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Karson Thompson*
Karson Thompson


63788284.v1