IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUL 6 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

NATIN PAUL ET AL., §
    PLAINTIFFS, §
V. §
§ CAUSE NO. 1:21-CV-954-LY
RANI A. SABBAN ET AL., §
    DEFENDANTS. §
§

## ORDER

**IT IS HEREBY ORDERED** that Defendant FBI Special Agent T. Preston Joy's Motion to Dismiss (Doc. #18), Defendant Rani Sabban's Motion to Dismiss (Doc. #22), and all responses and replies are **REFERRED** to United States Magistrate Judge Susan Hightower for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _____ day of July, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE