IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
NOV 7 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| NATIN PAUL, WORLD CLASS HOLDING COMPANY, LLC, AND WORLD CLASS HOLDINGS MANAGEMENT, LLC, <br>     PLAINTIFFS, <br> V. <br><br> RANI A. SABBAN; PRESTON JOY; DOES 1–40, SPECIAL AGENTS, FEDERAL BUREAU OF INVESTIGATION, IN THEIR INDIVIDUAL CAPACITIES; DOES 41–100, LAW ENFORCEMENT OFFICERS, IN THEIR INDIVIDUAL CAPACITIES, <br>     DEFENDANTS. | § § § § § § § § § § § § § § § § § § | CAUSE NO. 1:21-CV-954-LY |

## FINAL JUDGMENT

Before the court is the above-referenced cause. On this date, the court dismissed Plaintiffs' claims against Defendants Rani A. Sabban and Preston Joy with prejudice. Because Plaintiffs have not served Defendants Does 1–40 and Does 41–100 with citation within 90 days of filing the complaint, the court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' action against these Defendants. *See* FED. R. CIV. P. 4(m). As no further claims remain, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendants are awarded costs.

**IT IS FINALLY ORDERED** that the cause is hereby **CLOSED**.

SIGNED this ___7th___ day of November, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE