IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NATIN PAUL, et al, | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § | CIVIL ACTION NO. 1:21-CV-00954-LY |
| RANI A. SABBAN, et al, | | |
| Defendants. | | |

## NOTICE OF APPEAL

Notice is hereby given that Natin Paul, World Class Holding Company, LLC, and World Class Holdings Management, LLC, Plaintiffs in the above-styled case, appeal to the United States Court of Appeals for the Fifth Circuit from the order dismissing with prejudice Plaintiffs' claims against Defendants Rani A. Sabban and Preston Joy on November 7, 2022 (Doc. Nos. 38, 39).

Dated: December 20, 2022

                                                                               Respectfully submitted,

                                                                               CLARK HILL PLC

BY:    /s/  *Jose Vela Jr.*
              Jose Vela Jr.
              Attorney in Charge
              Texas State Bar No. 24040072
              909 Fannin Street, Suite 2300
              Houston, Texas 77010
              713.951.5607
              713-951-5660 (fax)
              jvela@clarkhill.com

              Attorney for the Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Appeal* was submitted to the Clerk of the Court of the United States District Court for the Western District of Texas, and served on Counsel for all parties via first class mail or electronic mail (ECF) on December 22, 2022, to the following:

Counsel for Rani Sabban

Karson Karl Thompson
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
karson.thompson@butlersnow.com

Randy T. Leavitt
1301 Rio Grande
Austin, TX 78701
randy@randyleavitt.com

Counsel for Preston Joy

David Gregory Cutler
Juliana MacPherson Barrett
U.S. Department of Justice, Civil Division
P.O. Box 7146,
Benjamin Franklin Station
Washington, DC 20044-7146
david.g.cutler@usdoj.gov
juliana.m.barrett@usdoj.gov

    /s/  *Jose Vela Jr.*
Attorney-in-Charge