IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NATIN PAUL, *et al.*,

Plaintiffs,

v.

Civ. No. 21-cv-954-LY

RANI SABBAN, *et al.*,

Defendants.

## ~~~~~~~~ ORDER

Pursuant to Local Rule AT-3, the Court GRANTS David G. Cutler's motion to withdraw as counsel of record for Defendant T. Preston Joy, Jr. Juliana M. Barrett, who has previously appeared in this case, will continue to represent Mr. Joy.

It is SO ORDERED.

Dated: January 4, 2023

LEE YEAKEL
United States District Judge